IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CR-00032-FDW-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                 Plaintiff,    )<br>                              )<br>v.                                )<br>                              )<br>KIMBERLY GRACE REID,          )<br>               Defendant,   )<br>                              )<br>and                            )<br>                              )<br>CITY OF CHARLOTTE,           )<br>               Garnishee.    )<br>                              ) | **ORDER** |

**UPON MOTION** of the United States of America, for the reasons stated therein and for good cause shown, it is **ORDERED** that the Writ of Continuing Garnishment (Doc. No. 179) filed in this case on March 13, 2017, against Defendant, Kimberly Grace Reid, as to the Garnishee is **DISMISSED**.

**SO ORDERED**.

Signed: April 3, 2024

_____
Frank D. Whitney
United States District Judge

1